O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEEKO CARRAWAY,<br><br>    Plaintiff,<br><br>    v.<br><br>J. LAZAR,<br><br>    Defendant. | Case No. LA CV 12-9483 DMG (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination. No objections to the Report and Recommendation have been filed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1 | Accordingly, IT IS ORDERED THAT:
2 | 1. The Report and Recommendation is approved and accepted;
3 | 2. Judgment be entered dismissing this action with prejudice; and
4 | 3. The Clerk serve copies of this Order and the Judgment on the parties.

DATED: March 8, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

2