JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEEKO CARRAWAY,<br><br>      Plaintiff,<br><br>    v.<br><br>J. LAZAR,<br><br>      Defendant. | Case No. LA CV 12-9483 DMG (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Report and Recommendation of United States Magistrate Judge to Dismiss Civil Rights Action with Prejudice and the Order Accepting Report and Recommendation of United States Magistrate Judge.

DATED: March 8, 2016

                                            DOLLY M. GEE
                                UNITED STATES DISTRICT JUDGE